UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID F. T. GRANT, a married man,<br><br>            Plaintiff,<br><br>  vs.<br><br>LLOYD S. STALCUP and JANE DOE STALCUP and the marital community; and ANS TRANSPORT SERVICES, INC., a Washington Corporation,<br><br>            Defendants. | CV-09-380-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR ORDER OF DISMISSAL AND CLOSING FILE** |

    By stipulation filed April 19, 2012, the parties agree that the above-titled cause of action can be dismissed with prejudice and without costs or attorneys' fees to either party.

    Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulation and Order of Dismissal, with Prejudice, **ECF No. 28**, is **GRANTED**. The above-titled cause of action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

///

//

/

ORDER ~ 1

2.   This file shall be **CLOSED**.

3.   All pending hearings and deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of April 2012.


                                    s/Edward F. Shea
                                  EDWARD F. SHEA
                          United States District Judge

Q:\Civil\2009\380.stip.dismiss.lc2.wpd

ORDER ~ 2